# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNEAST PIPELINE COMPANY, LLC** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:18-281** |
| v. | : | (JUDGE MANNION) |
| **A PERMANENT EASEMENT OF 0.60 ACRE ± AND A TEMPORARY EASEMENT OF 0.60 ACRE ± IN TOWAMENSING TOWNSHIP, CARBON COUNTY, PENNSYLVANIA, TAX PARCEL NOS. 16-56-A73.05 AND 16B-56-A7; SUSANA V. BULLRICH; BANK OF AMERICA, N.A.; AND ALL UNKNOWN OWNERS** | : : : : : | |
| **Defendants** | : | |

# ORDER

In accordance with the memorandum issued today, (Doc. 41) addressing plaintiff's motion for preliminary injunction, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff, PennEast Pipeline Company, LLC's ("PennEast") motion for preliminary injunction (Doc. 17) is **GRANTED**.

2. Upon filing the bond required below, PennEast is granted access and entry to the rights of way, described in the order issued today

addressing plaintiff's motion for partial summary judgment, for the performance of all survey activities required by the FERC to be completed before construction of the pipeline may commence.

3. PennEast shall post a bond in the amount of Ten Thousand dollars ($10,000) as security for the payment of just compensation to defendants.

4. PennEast shall provide the landowner with at least a 72 hour notice before entering the rights of way to perform survey activities.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 3, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-281-02-Order.docx