## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**PENNEAST PIPELINE COMPANY** :
**LLC,**
                                          :
         **Plaintiff**                     :     **CIVIL ACTION NO. 3:18-281**
                                          :
   **v.**                                  :         **(JUDGE MANNION)**
                                          :
**A PERMANENT EASEMENT OF**
**0.60 ACRE +/- AND A**                    :
**TEMPORARY EASEMENT OF**
**0.60 ACRE +/- IN TOWAMENSING** :
**TOWNSHIP, CARBON COUNTY,**
**PENNSYLVANIA, TAX PARCEL**              :
**NOS. 16-56-A73 AND 16B-56-A7;**
**SUSANA BULLRICH; BANK OF**              :
**AMERICA, N.A.; AND ALL**
**KNOWN OWNERS**                          :

         **Defendants**                    :

### ORDER

In light of the memorandum issued this same day, **IT IS HEREBY**

**ORDERED THAT:**

**(1)** This court's order granting partial summary judgment, (Doc. 40),

and order granting a preliminary injunction, (Doc. 42), are hereby

vacated.

**(2)** The case shall proceed to trial by jury to determine the appropriate

compensation.

**(3)** The parties shall submit, **on or before October 21, 2022,** a joint proposed scheduling order for exchange of expert reports, final pretrial conference and trial.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: September 29, 2022**

18-281-03